UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

RAYNODDO BARBER

*Defendant.*

ORDER

14 Cr. 169 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/24

    Defendant Raynoddo Barber, who remains on supervised release following his sentence in the above-captioned matter, shall remain detained at the Metropolitan Detention Center, Brooklyn, until such time that the United States Probation Office, Southern District of New York ("Probation") secures a placement for Barber at the Samaritan Daytop Village residential drug treat program. Once Probation has secured Barber's placement at Samaritan Daytop Village, the United States Marshals Service shall release Barber into the custody of Probation at the United States Courthouse, 500 Pearl Street, New York, New York, so that Probation may facilitate Barber's transport to Samaritan Daytop Village.

SO ORDERED:

Dated: New York, New York

    12/19, 2024

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

08.02.2023