UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA

          -against-                                   14-CR-169 (LAK)

RAYNODDO BARBER,

                  Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Having held a violation of supervised release hearing today regarding the violations alleged in Probation's December 6, 2024 memo, the following additional special condition of supervised release is imposed:

> Upon notification by Probation that an opening at residential drug treatment is available, defendant Raynoddo Barber will ~~report~~ be transported to the facility and complete the program as directed.

SO ORDERED.

Dated:     December 19, 2024

                                                           Lewis A. Kaplan
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/24