UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

RAYNODDO BARBER

*Defendant.*

**ORDER**

**14 Cr. 169 (LAK)**

WHEREAS, on December 19, 2024, defendant Raynoddo Barber appeared for conference regarding violations of his conditions of supervised release;

WHEREAS, at the December 19, 2024 conference, the parties jointly requested that Barber be ordered to complete a six-month inpatient drug treatment program;

WHEREAS, at the December 19, 2024 conference, the Court ordered Barber to, as soon as directed by probation, enter a six-month drug treatment program and stay there until its completion;

WHEREAS, Barber commenced an in-patient treatment program at Samaritan Daytop Village on February 7, 2025;

IT IS HEREBY ORDERED that Defendant Raynoddo Barber remain in the drug treatment program at Samaritan Daytop Village until August 7, 2025, or until such time as he has completed the six-month drug treatment program.

SO ORDERED:

Dated: New York, New York

      4/17, 2025

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

08.02.2023