UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

RAYNODDO BARBER

*Defendant*

**ORDER**

14 Cr. 169 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/25

RECEIVED
JUN 16 2025
JUDGE KAPLAN'S CHAMBERS

WHEREAS, on December 19, 2024, defendant Raynoddo Barber appeared for conference regarding violations of his conditions of supervised release;

WHEREAS, at the December 19, 2024 conference, the parties jointly requested that Barber be ordered to complete a six-month inpatient drug treatment program;

WHEREAS, at the December 19, 2024 conference, the Court ordered Barber to, as soon as directed by probation, enter a six-month drug treatment program and stay there until its completion;

WHEREAS, at the December 19, 2024 conference, the Court ordered a control date on June 17, 2025, at 11:00 a.m.;

WHEREAS, Barber commenced an in-patient treatment program at Samaritan Daytop Village on February 7, 2025;

WHEREAS, on April 17, 2025, this Court ordered Barber to remain in the drug treatment program at Samaritan Daytop Village until August 7, 2025, or until such time as he has completed the six-month drug treatment program;

WHEREAS, probation has reported that Barber is anticipated to complete the drug treatment program in July 2025;

WHEREAS, the Parties agree that the June 17, 2025, control date should be rescheduled to a date convenient for the Court in September 2025, subsequent to the anticipated completion of Mr. Barber's treatment;

IT IS HEREBY ORDERED THAT Barber remain in the drug treatment program at Samaritan Daytop Village until July 2025, or until such time as he has completed the drug treatment program;

IT IS FURTHER ORDERED THAT the control date previously scheduled for June 17, 2025, be adjourned to September 10, 2025, at 1:00 pm.

SO ORDERED:

Dated: New York, New York

6/16, 2025

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE