**PERRY LAW**

JOSHUA STANTON
Partner
213-249-5232 PHONE
jstanton@danyaperrylaw.com EMAIL

DC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-22-26

January 21, 2026

**By ECF**
Hon. Lewis A. Kaplan
United States District Court Southern District of New York
500 Pearl St.
New York, New York 10007

    Re: *United States v. Raynoddo Barber*, 14 Cr. 169 (LAK)

Dear Judge Kaplan:

We represent Defendant Raynoddo Barber in this matter and, with the consent of the government and Probation, write to respectfully request adjournment of the VOSR control date in the above-captioned case, currently scheduled for February 3, 2026. The parties and Probation respectfully request a control date the week of March 23, 2026, subject to the Court's availability. This delay is necessary for Probation to further monitor Mr. Barber's compliance with his release conditions following his relocation into long-term housing from his reentry program.

Dated: January 21, 2026

                    Respectfully submitted,

                    */s/ Joshua Stanton*
                    Joshua Stanton
                    New York Bar No. 5760376
                    E. DANYA PERRY PLLC
                    445 Park Avenue, 7th Floor
                    New York, NY 10022
                    Tel: (213) 249-5232
                    jstanton@danyaperrylaw.com

                    *Attorney for Defendant*
                    *Raynoddo Barber*

cc:    All counsel of record, by ECF

Adjourned until 3/25/26 at 10:30 am

SO ORDERED

LEWIS A. KAPLAN, USDJ

1/22/26